

# Fourth Court of Appeals
## San Antonio, Texas

February 20, 2020

No. 04-18-00865-CV

**IN RE THE COMMITMENT OF M.A.C.**

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI23282
Honorable Catherine Torres-Stahl, Judge Presiding

## O R D E R

On January 9, 2020, we abated this appeal to the trial court to hold a hearing to determine whether appellant desires to prosecute his appeal, whether appellant is indigent, and whether appellant's court-appointed counsel had abandoned the appeal. *See* TEX. R. APP. P. 38.8(b)(2). We received a supplemental clerk's record on February 13, 2020, containing the trial court's findings that appellant desires to prosecute his appeal and is indigent, that appellant wants to have his court-appointed attorney Ms. Judith Wemmert continue to represent him on appeal, and that Ms. Wemmert has not abandoned the appeal. In its findings, the trial court recommends that we not sanction Ms. Wemmert.

It is therefore ORDERED that this appeal is REINSTATED on the docket of this court and that appellant's brief is due on or before March 20, 2020. **No extensions of time will be granted.**

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of February, 2020.

_____
Michael A. Cruz,
Clerk of Court